NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT MICHAEL MILLER,**
*Petitioner,*

**v.**

**FEDERAL DEPOSIT INSURANCE CORPORATION,**
*Respondent.*

---

2014-3146

---

Petition for review of the Merit Systems Protection Board in No. SF-3330-12-0711-I-1.

---

## ON MOTION

---

## ORDER

Robert M. Miller moves without opposition for a 30-day extension of time, until December 3, 2014, to file his formal principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                        MILLER v. FDIC

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27